**Opinion issued August 20, 2019**



In The

# Court of Appeals

For The

# First District of Texas

_____

### NO. 01-19-00515-CV

_____

### IN RE AHERN RENTALS, INC, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

On July 15, 2019, Ahern Rentals, Inc. filed a petition for writ of mandamus challenging the trial court's July 1, 2019 order compelling discovery.[1] On August 6, 2019, Ahern Rentals filed a motion requesting voluntary dismissal of its petition, stating that the parties have reached an agreement to compromise and settle their

---

[1]   The underlying case is *Rosalio Andrade v. Ahern Rentals, Inc.,* cause number 2017-40591, pending in the 129th District Court of Harris County, Texas, the Honorable Michael Gomez presiding.

differences in the underlying suit. Although the motion does not include a certificate of conference, more than 10 days have passed and no party has opposed the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a). Accordingly, we grant the motion and dismiss the petition for writ of mandamus. *Cf.* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Lloyd, Goodman, and Landau.